SEALED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

DANIEL MENDOZA,
CARLOS COLCHADO, and
PATRICK SPRADLEY

Case No. 8:08-CR-00010-T-23MAP

21 U.S.C. § 841(a)(1)
21 U.S.C. § 846
18 U.S.C. § 2
21 U.S.C. § 853 - Forfeitures

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

From an unknown date through on or about December 20, 2007, in the Middle District of Florida, and elsewhere,

DANIEL MENDOZA,
CARLOS COLCHADO, and
PATRICK SPRADLEY,

defendants herein, did knowingly and willfully combine, conspire, confederate, and agree with each other, and with other persons, both known and unknown to the Grand Jury, to distribute and possess with intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846 and 841(b)(1)(A)(ii) and Title 18, United States Code, Section 2.



## COUNT TWO

On or about December 20, 2007, in the Middle District of Florida, and elsewhere,

DANIEL MENDOZA,
CARLOS COLCHADO, and
PATRICK SPRADLEY,

defendant herein, did knowingly, willfully and intentionally possess with intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii).

## FORFEITURES

1.  The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 21, United States Code, Section 853.

2.  From their engagement in any and all of the violations alleged in Counts One and Two of this Indictment, punishable by imprisonment for more than one year, which counts are realleged and incorporated as if more fully set forth herein, the defendants,

DANIEL MENDOZA,
CARLOS COLCHADO, and
PATRICK SPRADLEY,

shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and (2), all of their right, title, and interest in:

    a.    Property constituting and derived from any proceeds the defendant obtained, directly or indirectly, as a result of such violations;

    b.    Property used and intended to be used in any manner or part to commit and to facilitate the commission of such violations.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A TRUE BILL,

_____
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _____
MARIA CHAPA LOPEZ
Assistant United States Attorney

By: _____
JOSEPH K. RUDDY
Assistant United States Attorney
Senior Deputy Chief, Narcotics Section

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT

Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

DANIEL MENDOZA,
CARLOS COLCHADO, and
PATRICK SPRADLEY

## INDICTMENT

Violations:  21 U.S.C. § 841(a)(1)
21 U.S.C. § 846
21 U.S.C. § 853 - Forfeitures

A true bill,

_____
Foreperson

Filed in open court this 8th day

of January, A.D. 2008.

_____
Clerk

Bail $_____

GPO 863 525

N:\_Criminal Cases\M\Mendoza, Daniel_2008R00018_MSC\f_indictment_back.wpd