**BOND RECOMMENDATION:** Detention   ~~SEALED~~   Chapa/Guy

AO 442 (Rev.5/85) Warrant for Arrest

# United States District Court
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

*RECEIVED U.S. MARSHAL 2008 JAN -9 AM 10: 34 MIDDLE DIST. OF FLORIDA TAMPA*

UNITED STATES OF AMERICA

v.

DANIEL MENDOZA

To: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

CASE NUMBER: 8:08-cr-00010-T-23MAP

YOU ARE HEREBY COMMANDED to arrest DANIEL MENDOZA and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with conspiracy to distribute and possession with intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine; possession with intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine; and aid and abetting.

In violation of Title 21, United States Code, Sections 846 and 841(a)(1) and Title 18, United States, Section 2.

**Sheryl L. Loesch**
Name & Title of Judicial Officer

**Clerk, United States District Court**
Title of Issuing Officer

*Lourdes Brito*
Signature of Issuing Officer
(By) Deputy Clerk

January 8, 2008 at Tampa, Florida
Date and Location

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at
_U.S. Marshal's Service_

| DATE RECEIVED 3-18-08 | NAME AND TITLE OF ARRESTING OFFICER  TFA Nick Marsh | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST 3-18-08 | | |

N:\_Criminal Cases\M\Mendoza, Daniel_2008R00018_MSC\f_warrant_arrest_indictment_Mendoza.wpd

